AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| VIDAL MOJICA and NELSON E. SANTOS, on behalf of themselves and others similarly situated,<br>*Plaintiff(s)*<br>v.<br>LEO CONSTANTATOS, NICHOLAS KONSTANTATOS, ABC CORP. d/b/a CANDLELIGHT DINER-RESTAURANT,<br>*Defendant(s)* | Civil Action No.  19-cv-00442 (JMA)(AKT) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LEO CONSTANTATOS, c/o Candlelight Diner-Restaurant, 56 Veterans Memorial Highway, Commack, NY 11725

NICHOLAS KONSTANTATOS, 3 Villadom Court, Dix Hills, NY 11746

ABC CORP. d/b/a CANDLELIGHT DINER-RESTAURANT, 56 Veterans Memorial Highway, Commack, NY 11725

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Marcus Monteiro, Esq.
> Monteiro & Fishman LLP
> 91 N. Franklin Street, Suite 108
> Hempstead, New York 11550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

*Doreen Flanagan*
*Signature of Clerk or Deputy Clerk*

Date: 01/23/2019